JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALARIE PHILLIPS, JOHN PAYNE, MONIQUE SELLARS,<br><br>Plaintiffs,<br><br>v.<br><br>DePAUL MEDICAL CENTER, SSM HEALTH CORP., LILLIBRIDGE HEALTHCARE SERVICES, INC., VENTAS COMPANY, DePAUL MEDICAL OFFICE, SISTERS OF ST. MARY, DOES 1-50,<br><br>Defendants. | Case No.: CV 18-3965-DMG (AFMx)<br><br>**ORDER OF DISMISSAL** |

On May 11, 2018, plaintiffs filed a Complaint and Request to Proceed In Forma Pauperis ("IFP Request").[1] On May 21, 2018, the Court denied plaintiff Valarie Phillips' IFP Request and ordered plaintiff to pay the filing fees in full within 30 days or the case will be dismissed. Additionally, the Court screened the Complaint and found a number of deficiencies and dismissed the Complaint with leave to amend. Plaintiffs were advised that if they desired to pursue this action, they were

---

[1] The Court noted that the Complaint was not signed by plaintiffs John Payne and Monique Sellars, nor did Payne and Sellars submit an IFP Request.

ordered to file a First Amended Complaint within 30 days of the Order.  More than 30 days have passed and a review of the docket indicates that plaintiffs have not filed a First Amended Complaint.

    Accordingly, this case is hereby ordered DISMISSED.

    IT IS SO ORDERED.

DATED: July 26, 2018

                                       DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE